# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Ward; Crystal Ward; et al.;<br><br>Plaintiffs,<br><br>v.<br><br>Rance King Properties, Inc., et al.,<br><br>Defendants. | Case No. 2:12-cv-01362-TLN-CKD<br><br>ORDER GRANTING JOINT REQUEST FOR EARLY SETTLEMENT CONFERENCE AND FOR CONTINUANCE OF DISCOVERY SCHEDULE AND TRIAL TO FACILITATE COMPLETION OF SETTLEMENT CONFERENCE |

Pursuant to the Joint Request for Early Settlement Conference and for Continuance of Discovery Schedule and Trial submitted by Plaintiffs, by and through their attorney, Craig P. Fagan, Esq. and Defendants, by and through their attorney Cris C. Vaughan, Esq., the Court makes the following Order:

An Early Settlement Conference is scheduled for **July 12, 2013 at 9:30 a.m.** in Courtroom 24 before Magistrate Judge Carolyn K. Delaney.

The Court further orders that the currently-scheduled discovery deadlines and trial dates be continued to the following dates:

| | |
|---|---|
| Discovery deadline | October 7, 2013 |
| Designation of Expert Witnesses | August 27, 2013 |
| Rebuttal Expert Deadline | September 11, 2013 |
| Motions to Compel Discovery | October 7, 2013 |
| All Dispositive Motions Filed | November 7, 2013 |

| | |
|---|---|
| Separate Pretrial Statement | January 30, 2014 |
| Final Pretrial Conference | February 13, 2014, at 2:00 p.m. |
| Jury Trial | April 14, 2014, at 9:00 a.m. |

**IT IS SO ORDERED:**

Dated: May 15, 2013

_____
Troy L. Nunley
United States District Judge