UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WARD; CRYSTAL WARD; I.W., a minor, by and through his GUARDIAN AD LITEM, KEN KENNEDY; JENNIFER GREEN; E.H., a minor, by and through his GUARDIAN AD LITEM, SHANNON SNYDER; T.H., a minor, by and through her GUARDIAN AD LITEM, SHANNON SNYDER;<br><br>       Plaintiffs,<br><br>  v.<br><br>Rance King Properties, Inc. aka R.K. Properties, Inc. aka The Village @ Fair Oaks aka RK MIFFUND XIV LLC aka RK MULTI FAMILY INCOME FUND XIV LLC;Christopher Poon and Florence Poon, as Trustees of the Poon Family Trust Dated September 1, 1990, and DOES 1 -10, Inclusive,<br><br>       Defendants.<br>_____ | No. 2:12-CV-1362-TLN-CKD<br><br>**[PROPOSED] ORDER GRANTING PETITION OF KEN KENNEDY FOR APPOINTMENT OF GUARDIAN AD LITEM FOR MINOR CHILD I.W.**<br>_____ |

After considering the petition of Ken Kennedy ("Petitioner") for appointment as

---

[PROPOSED] ORDER                                           1

guardian ad litem for the minor child, I.W., IT IS HEREBY ORDERED THAT:

The petition is granted and Ken Kennedy is appointed as the guardian ad litem for the minor child I.W. for the entirety of this lawsuit.

Dated: AUGUST 19, 2013

Troy L. Nunley
United States District Judge