1

2

3

4

5

6

UNITED STATES DISTRICT COURT

7

EASTERN DISTRICT OF CALIFORNIA

8

9

10

11  MICHAEL WARD;  CRYSTAL          )      No.  2:13-CV-1362-TLN-CKD
    WARD; I.W., a minor, by and     )
12  through his GUARDIAN AD LITEM,  )      [~~PROPOSED~~] ORDER GRANTING
    KEN KENNEDY; JENNIFER           )      PETITION OF SHANNON SNYDER
13  GREEN; E.H., a minor, by and    )      FOR APPOINTMENT OF
    through his GUARDIAN AD LITEM,  )      GUARDIAN AD LITEM FOR
14  SHANNON SNYDER; T.H., a minor,  )      MINOR CHILDREN E.H. AND T.H.
    by and through her GUARDIAN AD  )      _____
15  LITEM, SHANNON SNYDER;          )
                                    )
16       Plaintiffs,                )
                                    )
17    v.                            )
                                    )
18  Rance King Properties, Inc. aka R.K. )
    Properties, Inc. aka The Village @   )
19  Fair Oaks aka RK MIFFUND XIV    )
    LLC aka RK MULTI FAMILY         )
20  INCOME FUND XIV                 )
    LLC;Christopher Poon and Florence )
21  Poon, as Trustees of the Poon Family )
    Trust Dated September 1, 1990, and )
22  DOES 1 -10, Inclusive,          )
                                    )
23       Defendants.                )
                                    )
24  _____   )

25

26

27       After considering the petition of Shannon Snyder ("Petitioner") for

28

1    appointment as guardian ad litem for minor children E.H. and T.H., IT IS HEREBY

2    ORDERED THAT:

3

4        The petition is granted and Shannon Snyder is appointed as the guardian ad litem

5    for the minor children E.H. and T.H. for the entirety of this lawsuit.

6

7

8    Dated:_____AUGUST 19, 2013_____

9                          Troy L. Nunley
                      United States District Judge