UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WARD; CRYSTAL WARD; I.W., a minor, by and through his GUARDIAN AD LITEM, KEN KENNEDY; JENNIFER GREEN; E.H., a minor, by and through his GUARDIAN AD LITEM, SHANNON SNYDER; T.H., a minor, by and through her GUARDIAN AD LITEM, SHANNON SNYDER;<br><br>　　　Plaintiffs,<br><br>　v.<br><br>Rance King Properties, Inc. aka R.K. Properties, Inc. aka The Village @ Fair Oaks aka RK MIFFUND XIV LLC aka RK MULTI FAMILY INCOME FUND XIV LLC;Christopher Poon and Florence Poon, as Trustees of the Poon Family Trust Dated September 1, 1990, and DOES 1 -10, Inclusive,<br><br>　　　Defendants.<br>_____ | No. 2:13-CV-1362-TLN-CKD<br><br>**[PROPOSED] ORDER GRANTING PETITION OF SHANNON SNYDER FOR APPOINTMENT OF GUARDIAN AD LITEM FOR MINOR CHILDREN E.H. AND T.H.**<br>_____ |

　　　After considering the petition of Shannon Snyder ("Petitioner") for

---

[PROPOSED] ORDER　　　　　　　　　　　　　　　　1

appointment as guardian ad litem for minor children E.H. and T.H., IT IS HEREBY ORDERED THAT:

The petition is granted and Shannon Snyder is appointed as the guardian ad litem for the minor children E.H. and T.H. for the entirety of this lawsuit.

Dated: AUGUST 19, 2013

Troy L. Nunley
United States District Judge